# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| NATHAN W. SMITH ) | |
| ) | |
| Plaintiff (s) ) | |
| vs. ) | Civil No. 06-00035-CV-W-DW |
| ) | Criminal No. 04-00065-01-CR-W-DW |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant (s) ) | |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

**ORDERED** THAT: Smith's 28 U.S.C. Section 2255 motion (Doc.1) is **DENIED**.

PATRICIA L. BRUNE, CLERK

Date: August 28, 2006                                           By: /s/ Y. Johnson
                                                                        Deputy Clerk